JS-6

FILED
CLERK, U.S. DISTRICT COURT
5/12/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>TACOS BAJA, a business of unknown form; CONSTANCE LEONG DANG, individually and as trustee of the DANG FAMILY TRUST DATED NOVEMBER 2, 2016; THEODORE LEONG, individually and as trustee of the THEODORE AND MELLY LEONG FAMILY TRUST DATED JANUARY 24, 2009; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:20-cv-01627-CJC-KES<br><br>**ORDER DISMISSAL WITH PREJUDICE (DKT. 23)** |

| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action |
| 2 | with Prejudice filed by Plaintiff Suzanne Na Pier ("Plaintiff") and Tacos Baja |
| 3 | ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's |
| 4 | Complaint in the above-entitled action, in its entirety. Each party shall bear his or its |
| 5 | own costs and attorneys' fees. |

IT IS SO ORDERED.

DATED: May 12, 2021

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE